UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE individually and as parent/guardian and JANE DOE minor, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 14-cv-13428-IT |
| TROY FOOTMAN et al., | * * | |
| Defendants. | * | |

## ORDER

November 12, 2015

Plaintiffs and Defendant Mary's Motor Lodge, Inc. filed an assented-to motion to seal [#57] a Settlement Agreement between the parties. In that motion, they notified the court that they had reached an agreement to settle and further sought court approval of their Settlement Agreement. Assented-To Mot. Impound Settlement Agreement Pls. Defs. Mary's Motor Lodge Inc. Alternative Relief ¶ 3. Before the court granted leave to file the Settlement Agreement under seal, the parties filed a Stipulation of Dismissal [#61]. Mary's Motor Lodge, Inc. was terminated as a defendant before the court reviewed the Settlement Agreement. Upon review, the court has concerns regarding the indemnification provision of the Settlement Agreement. For that reason, counsel for Defendant Mary's Motor Lodge is hereby ordered to appear at the sealed status conference scheduled on November 20, 2015 at 2:30 pm.

TALWANI, D.J.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge